James P. Wagoner, # 058553
D. Greg Durbin, # 81749
Lejf E. Knutson, # 771712
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

John M. Dunn, # 166482
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA 95354
Telephone:   (209) 524-1100
Facsimile:    (209) 524-1188

Attorneys for Defendant DELICATO VINEYARDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELICATO VINEYARDS,<br><br>Defendant. | **Case No. 2:06-CV-2891**<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING SETTLEMENT NEGOTIATIONS BY PLAINTIFF MITSUI SUMITOMO AND DEFENDANT DELICATO VINEYARDS**<br><br>**COURTROOM: #2 (Honorable Frank C. Damrell, Jr.)** |
|---|---|

The following Joint Stipulation is entered into between Plaintiff, Mitsui Sumitomo Insurance Company of America ("Mitsui"), and Defendant, Delicato Vineyards ("Delicato"). These parties to the above-entitled action by and through their respective counsel of record hereby agree and stipulate as follows:

1. The parties, to date, have engaged in preliminary discussions and believe that the within action and the companion action entitled <u>Delicato Vineyards v. Mitsui Sumitomo Insurance Company of America</u>, Stanislaus County Action No. 613208, can be resolved and desire an opportunity to do so without expending further time or efforts in asserting or defending

1  their positions in this litigation or in the companion Stanislaus County Superior Court action.

2  Accordingly, THE ABOVE PARTIES, THROUGH THEIR COUNSEL OF RECORD HEREBY STIPULATE AND RESPECTFULLY REQUEST AN ORDER FROM THE COURT STAYING THIS ENTIRE ACTION UNTIL SUCH TIME AS EITHER PARTY ADVISES THE COURT THAT THE PARTIES' ONGOING, INFORMAL ATTEMPTS TO NEGOTIATE AND SETTLE THE PRESENT DISPUTE HAVE BEEN EXHAUSTED.

2. This Stipulation may be executed in several identical counterparts, each of which shall be deemed an original and which together shall, when executed by or on behalf of all parties hereto, constitute a single Stipulation for all purposes.

3. A facsimile of the signature by or on behalf of any party hereto shall be deemed to be an equivalent to the original thereof for all purposes; provided, however, that if the original of such signature is required for purposes of filing this document with the Court or for other good reason, it shall be promptly produced.

Dated: July 11, 2007         McCORMICK, BARSTOW, SHEPPARD,
                             WAYTE & CARRUTH LLP


                             By:   /s/  James P. Wagoner
                                   James P. Wagoner
                                   D. Greg Durbin
                                   Lejf E. Knutson
                                   Attorneys for Defendant
                                   Delicato Vineyards

Dated: July 10, 2007         MUSICK, PEELER & GARRETT LLP


                             By:   /s/  David A. Tartaglio
                                   David A. Tartaglio
                                   Attorneys for Plaintiff
                                   Mitsui Sumitomo Insurance Company of
                                   America

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION AND ORDER TO STAY ACTION PENDING SETTLEMENT NEGOTIATIONS 2:06-CV-2891

# ORDER

The Court having reviewed the Stipulation of the parties and finding good cause, hereby Orders as follows:

THAT this entire action shall be stayed pending the outcome of the ongoing, informal settlement negotiations between Plaintiff Mitsui Sumitomo Insurance Company of America and Defendant Delicato Vineyards. In the event the parties are unable to informally resolve and settle their dispute, this Court shall lift the present stay upon notice to the Court from either party that the parties have exhausted their informal settlement negotiations without resolving the present dispute.

Dated: July 12, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE