1  MUSICK, PEELER & GARRETT LLP
   David A. Tartaglio (State Bar No. 117232)
2  One Wilshire Boulevard, Suite 2000
   Los Angeles, California 90017-3383
3  Telephone: 213-629-7600
   Facsimile: 213-624-1376
4

5  BATES & CAREY LLP
   Richard H. Nicolaides, Jr.
6  Robert S. Marshall
   Charles A. Hafner
7  191 N. Wacker Drive, Suite 2400
   Chicago, IL  60606
8  Telephone:   (312) 762-3100
   Facsimile:   (312) 762-3200
9
   Attorneys for Plaintiff
10 MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA

11

12                 **UNITED STATES DISTRICT COURT**

13                  **EASTERN DISTRICT OF CALIFORNIA**

14

15 | MITSUI SUMITOMO INSURANCE      | Case No. 2:06-CV-2891 FCD GGH
   | COMPANY OF AMERICA,
16 |
   |         Plaintiff,             | **ORDER RE DISMISSAL WITH**
17 |                                | **PREJUDICE PURSUANT TO**
   |    vs.                         | **F.R.C.P. RULE 41(a)(1)**
18 |
   | DELICATO VINEYARDS,
19 |
   |         Defendant.
20

21

22      **IT IS SO ORDERED THAT** pursuant Federal Rules of Civil

23 Procedure, Rule 41(a)(1), this action, as well as all counterclaims, are dismissed in

24 their entirety, with prejudice.

25

26 Dated:  May 27, 2008

27                                        _____
                                          FRANK C. DAMRELL, JR.
28                                        UNITED STATES DISTRICT JUDGE

588861.1

**ORDER RE DISMISSAL WITH PREJUDICE**